# Order

Michigan Supreme Court
Lansing, Michigan

January 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132397

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALLEN D. HUDSON,
      Defendant-Appellant.

SC: 132397
COA: 269079
Oakland CC: 2001-177436-FH

_____/

      On order of the Court, the application for leave to appeal the October 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

_____
Clerk

d1218